UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

CIRRUS DESIGN CORPORATION,   Civil Nos. 16-3969 (JRT/LIB)

    Plaintiff,

v.

                                            **ORDER ADOPTING REPORT**
CIRRUS AVIATION SERVICES, LLC,   **AND RECOMMENDATIONS**

    Defendant,

_____

James Michael Keyes, Leaf Williams, **DORSEY & WHITNEY LLP,** 701 Fifth Avenue, Suite 6100, Seattle, WA 98104-7043, Jamie Nafziger, Theresa Bevilacqua, Tiana Towns, **DORSEY & WHITNEY LLP,** 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498 plaintiff.

Aaron Mills Scott, **FOX ROTHSCHILD LLP,** 222 South Ninth Street, Suite 2000, Minneapolis, MN 55402, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Or to Dismiss or Stay Pending Resolution of the First-Filed Nevada Action, [Docket No. 16], is **GRANTED in part, DENIED in part as moot**, and

2. This case is **TRANSFERRED** to the District of Nevada.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 25, 2017          s/John R. Tunheim
at Minneapolis, Minnesota     JOHN R. TUNHEIM
                                           Chief Judge
                                           United States District Court